IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ARLENE ADELSHEIMER,** *Individually and*
*as Personal Representative on Behalf of the*
*Wrongful Death Beneficiaries of*
**PHILIP E. ADELSHEIMER,** Deceased                        **PLAINTIFF**

**v.**                        **CIVIL ACTION NO.: 4:22-CV-055-MPM-JMV**

**CARROLL COUNTY, MISSISSIPPI, ET AL.**                        **DEFENDANTS**

### ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "a motion asserting an immunity defense… stays … all discovery, pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to a motion… [is a decision] committed to the discretion of the court, upon a motion by any party seeking relief." L.U. Civ. R. 16(b)(3)(B).

Defendants have filed a partial summary judgement motion based on qualified immunity [19]. Accordingly, staying discovery in this case is appropriate at this time.

**IT IS, THERFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the immunity motion. Defendants shall notify the undersigned magistrate judge within seven (7) days of a decision on the immunity motion and shall submit a proposed order lifting the stay.

**SO ORDERED** this, September 8, 2022.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**