# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**ARLENE ADELSHEIMER,** *Individually and*
*as Personal Representative on Behalf of the*
*Wrongful Death Beneficiaries of*
*PHILIP E. ADELSHEIMER, Deceased* **PLAINTIFF**

**v.** **CIVIL ACTION NO.: 4:22-CV-055-MPM-JMV**

**CARROLL COUNTY, MISSISSIPPI, ET AL.** **DEFENDANTS**

## ORDER LIFTING STAY

This matter is before the court on Plaintiff's Motion to Lift Stay and Conduct Limited Discovery [30]. An Order Staying Case [22] was entered on September 8, 2022, in response to Defendants' Motion for Partial Summary Judgment [19], which asserted a qualified immunity defense. The instant motion seeks to lift the stay in order to conduct discovery on that defense. It appearing that the motion is unopposed, it is hereby GRANTED as follows:

The stay is lifted to permit the parties to conduct discovery limited to the issue(s) which form the basis for defendants' partial summary judgement asserted on the grounds of qualified immunity. The parties are directed to *promptly* meet to determine precisely what discovery is necessary in order to complete that discovery by February 10, 2023.

The parties are further instructed that if there is any dispute as to whether any discovery is outside the limits of this Order, the parties should first attempt to resolve the dispute amongst themselves. If they are unable to reach an agreement in good faith, then the parties are instructed to bring their discovery dispute before this Court in accordance with section 6(F)(4) of the Case Management Order [13] entered in this cause. All other discovery remains stayed at this time.

Accordingly, the stay is lifted for the limited purpose described above, and parties are given until February 10, 2023, to complete this limited discovery.

**IT IS THEREFORE ORDERED** that motion is granted on the limited basis described herein.

**SO ORDERED**, this the 3rd day of November, 2022.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**