# MISSISSIPPI DEPARTMENT OF CORRECTIONS
# CRITICAL INCIDENT DEBRIEFING FORM

**This form must be completed and submitted by the facility's controlling authority after conclusion of any critical incident within a Mississippi Department of Corrections facility.**

**INCIDENT SUMMARY: On June 18, 2020 offender Philip Adelsheimer MDOC # 210363 was found hanging in his cell at approximately 1650. Officers attempted to gain entry into his cell but the door was tied shut from the inside. After gaining entry officers performed CPR but could not get a response. EMS arrived at 1713 and assessed Adelsheimer. EMS advised staff to notify the coroner. The scene was secured and staff began the death notification procedures.**

**IMPACT OF STAFF AND OFFENDERS: Staff and inmates stated they were currently ok. Follow up interviews will be conducted once staff arrive back to work Monday June 22. Counseling will be provided if necessary.**

**CORRECTIVE ACTION TAKEN AND STILL NEEDED: No corrective action is needed at this current time however any changes needed will be addressed after a thorough investigation is complete.**

**PLANS FOR IMPROVEMENT TO AVOID ANOTHER INCIDENT: CMRCF will continue training in various critical areas such as suicide prevention and precaution, CPR and handling emergency procedures.**

**COMMENTS:**

Signature of Facility Controlling Authority: Brandon Smith Date: 6/19/20

17-05-03-F4
NEW: 11/01/07

EXHIBIT E

C.M.R.C.F

| | |
|---|---|
| RA Center CMRCF **Date:** 6-18-20 | Time: 2400-Hours-2400 NG-1 |
| **Name:** Adelsheimer, Philip E | **MDOC:** 210636 |
| Race: Wht Sex: Male Cell: 5 | Date Admitted: 3-14-20 Time Admitted: 0415 |
| Reason for Admitting: | |
| **(Circle One)** (Administrative) Medical, Disciplinary | **(Circle One)** Open Door (Close Door) |
| R.A. Authorization: Sgt McCorkle | Supervisor Night: Sgt McCorkle |
| Release Date: Pending | Supervisor Day: Sgt. Robinson |
| On Medication: Yes (No) | Supervisor Night: |
| Official Visits: 6/19 Sleep | |

Officer's Signature Night: Ofc Stone Day: McCorkle Night:

All Counts: (2400) (0100) (0200) (0300) (0400) (0500) (0600) (0800) 1000 (1200) (1400) 1600 1800 2000 2100 2200 2300

| Time | Occurrence (Visits, Meals, Laundry, Release, etc.) Be specific | Time | |
|---|---|---|---|
| 0013 | Sleep | 1400 | Talking |
| 0042 | Sleep | 1403 | yard call refuses |
| 0104 | Sleep | 1437 | yard call ended |
| 0133 | Sleep | 1500 | awake |
| 0203 | Sleep | 1539 | awake |
| 0231 | Sleep | 1600 | feeding began |
| 0306 | Sleep | 1630 | feeding end |
| 0332 | Sleep | [illegible] | [illegible] |
| 0406 | Sleep | | |
| 0430 | Sleep | | |
| 0450 | Feeding Began | | |
| 0510 | Feeding end | | |
| 0530 | laying down | | |
| 0560 | laying down | | |
| 0638 | Moving | | |
| 0700 | Moving | | |
| 0730 | asleep | | |
| 0800 | Sleep | | |
| 0830 | Sleep | | |
| 0859 | Sleep | | |
| 0930 | Sleep | | |
| 1000 | Sleep | | |
| 1030 | Sleep | | |
| 1102 | Feeding began | | |
| 1130 | Feeding ended | | |
| 1206 | Standing | | |
| 1230 | Talking | | |
| 1300 | talking | | |
| 1330 | Talking | | |

updated: 7-25-19

# MISSISSIPPI DEPARTMENT OF CORRECTIONS

## Incident Detail

**June 18, 2020**

**Incident Information:**

**ID:** CMRCF-20-039
**Facility:** Carroll CCF
**Location:** Carroll Ccflockdown
**Date:** 06/18/2020 16:50
**Category:** GENERAL
**Type:** Extraordinary Occurrence
**Staff:** Smith, Harold Cedric

**Chemical Restraint:** N
**Mechanical Restraint:** N
**Combined:** No
**State:**

**Offender:** ADELSHEIMER, PHILIP E.
**ID:** 210636

**Description(s):**

Staff: Smith, Harold Cedric
Reported: 06/18/2020 19:03 Submitted:

ON JUNE 18, 2020, AT APPROXIMATELY 1650 HOURS, OFFICER ZEDDIE RICE WAS CONDUCTING A SECURITY CHECK AND INSPECTION IN SEGREGATION. AT APPROXIMATELY 1651 HOURS, OFFICER RICE CALLED OFFENDER PHILLIP ADELSHEIMER'S, #210636, NAME TO ASK HIM WHY DIDN'T HE EAT HIS FOOD. AT APPROXIMATELY 1652 HOURS, OFFICER RICE LOOKED IN HIS CELL. OFFICER RICE SAW OFFENDER ADELSHEIMER HANGING FROM THE VENT IN HIS CELL. HE HAD A WHITE SHEET WRAPPED AROUND HIS NECK AT THE HEAD OF HIS BED. AT APPROXIMATELY 1653 HOURS, OFFICER RICE CALLED CODE 52 (SUICIDE CODE) VIA THE RADIO. AT APPROXIMATELY 1654 HOURS, SERGEANT TERESA ROBINSON. OFFICER FRANCESCA FOREMAN, OFFICER ROBERT MCCORKLE, AND OFFICER MARY WILLIAMS ARRIVED IN SEGREGATION TO ASSIST OFFICER RICE. THEY ATTEMPTED TO GET THE DOOR OPEN BUT OFFENDER ADELSHEIMER USED TWO SHEETS WRAPPED AROUND THE BED RAILING TO KEEP THE DOOR FROM OPENING. AFTER STRUGGLING TO OPEN THE DOOR, THEY FINALLY GOT THE DOOR OPEN. OFFICER MCCORKLE LIFTED OFFENDER ADELSHEIMER UP. OFFICER RICE UNTIED THE SHEET FROM THE NECK OF OFFENDER ADELSHEIMER. OFFICER RICE, OFFICER MCCORKLE, AND OFFICER WILLIAMS IMMEDIATELY BEGAN CPR. AT APPROXIMATELY 1709 HOURS, WARDEN BRANDON SMITH ARRIVED. AT APPROXIMATELY 1713 HOURS, THE AMBULANCE CREW ARRIVED AND BEGAN TO CARE FOR OFFENDER ADELSHEIMER. AT APPROXIMATELY 1720 HOURS, MS BERRYMAN ARRIVED TO THE FACILITY. AT APPROXIMATELY 1725 HOURS, THE CORONER ARRIVED AT THE FACILITY. AT APPROXIMATELY 1726 HOURS. DEPUTY ADAM EUBANKS ARRIVED TO INVESTIGATE THE SCENE. AT APPROXIMATELY 1730 HOURS, CAPTAIN PENNY HAMER ARRIVED. AT APPROXIMATELY 1740 HOURS, CHIEF HAROLD SMITH ARRIVED AT THE FACILITY. THE CORONER PRONOUNCED OFFENDER ADELSHEIMER DEAD. END OF REPORT.



Carroll County 000043

CARROLL MONTGOMERY REGIONAL CORRECTIONAL FACILITY

**INCIDENT REPORT**

Page of Pages

FILE TITLE SECURITY OPERATION

CASE STATUS:

BY ZEDDIE L. RICE

AT CMRCF

DATE 18 JUNE 20

WITNESS(ES): SGT TERESA ROBINSON, OFFICER FRANCESA FOREMAN, OFFICER MARY WILLIAMS, OFFICER ROBERT MC CORKLE

RELATED FILES:
( )
( )
( )
( )
( )

REPORT RE: CODE #52

ON 18 JUNE 20, AT APPROXIMATELY 1650 HRS, I, OFFICER ZEDDIE C. RICE WAS CONDUCTING A SECURITY CHECK AND INSPECTION IN STATE LOCK-DOWN. AT APPROXIMATELY 1651 HRS, I, OFFICER RICE CALLED OUT OFFENDER PHILIP ADELSHEIMER #210636 NAME AND ASKED HIM OFFENDER ADELSHEIMER #210636 " WHY HE ADELSHEIMER #210636 DIDN'T EAT HIS DINNER TRAY. AT APPROXIMATELY 1652 HRS, I, OFFICER RICE LOOKED IN OFFENDER ADELSHEIMER #210636 AND SEEN HIM HANGING FROM THE VENT. WITH A SHEET WRAPPED AROUND HIS NECK AT THE HEAD OF HIS BED. AT APPROXIMATELY 1653 HRS, I, OFFICER RICE CALLED A CODE #52 OVER THE RADIO. AT APPROXIMATELY 1654 HRS, SGT TERESA ROBINSON, OFFICER FRANCESA FOREMAN, OFFICER ROBERT MCCORKLE AND OFFICER MARY WILLIAMS ARRIVED IN STATE LOCKDOWN TO ASSIST ME (OFC RICE) WITH THE CODE #52. OFFICER MC CORKLE TIRED TO OPEN THE DOOR OF OFFENDER ADELSHEIMER HAD TWO SHEET WRAPPED AROUND HIS BED RAILING. WHERE WE COULD NOT OPEN HIS CELL DOOR. AFTER SERVER ATTEMPT OFC MC CORKLE FINALLY GOT OFFENDER ADELSHEIMER #210636 CELL DOOR OPEN. OFC MC CORKLE LIFTED UP OFFENDER ADELSHEIMER OFF THE FLOOR AND I OFFICER RICE UNTIED THE SHEET FROM THE VENT. I, OFC RICE, OFC MC CORKLE & OFC WILLIAMS STARTED CPR ON OFFENDER ADELSHEIMER.

END-OF-REPORT

SIGNATURE OF OFFICER: [signature]

APPROVED NAME TITLE

DATE 6-18-20

INSTIT-SEC-INCIDENT REPORT NO 30 Text 12

# CARROLL MONTGOMERY REGIONAL CORRECTIONAL

| INCIDENT REPORT | | PAGE 1 OF 1 PAGES |
|---|---|---|
| FILE TITLE: SECURITY OPERATIONS | | CASE STATUS |
| BY:OFFICER FRANCESCA FOREMAN<br>AT CMRCF<br>DATE: 06/18/2020 | WITNESSES<br>SERGEANT TERESA ROBINSON<br>OFFICER ROBERT MCCORKLE<br>OFFICER ZEDDIE RICE<br>OFFICER MARY WILLIAMS | RELATED FILES |

REPORT: CODE 52 CALLED FOR OFFENDER PHILIP ADELSHEIMER#210636 IN SRA CELL 5

ON THURSDAY June 18, 2020 AT APPROXIAMETLY 1650 HOURS OFFICE ZEDDIE RICE CALLED CODE 52 THREE TIMES FOR OFFENDER PHILIP ADELSHEIMER#210636. AT APPROXIAMETLY 1652 HOURS THIS WRITER AND THE FOLLOWING OFFICERS RESPONDED TO THE CODE: OFFICER ROBERT MCCORKLE, OFFICER MARY WILLIAMS AND SEARGENT TERESA ROBINSON. THIS WRITER TOOK THE LOCKDOWN KEY TO OFFICER ZEDDIE RICE AND OFFICER ROBERT MCCORKLE .OFFICER MCCORKLE AND OFFICER RICE ATTEMPTED TO GO IN OFFENDER ADELSHEIMER'S CELL , THE CELL DOOR WAS JAMMED WITH THICK CLOTHS AND A LOCK . AFTER STRUGGLING TO GET THE DOOR OPEN , OFFICER ZEDDIE RICE AND OFFICER ROBERT MCCORKLE FINALLY ENTERED THE CELL TO GET THE OFFENDER DOWN FROM THE AIR VENT.

| Francesca Foreman [signature] | [signature] | DATE: 6-18-20 |
|---|---|---|

# CARROLL MONTGOMERY REGIONAL CORRECTIONAL

| INCIDENT REPORT | | PAGE 1 OF 1 PAGES |
|---|---|---|
| FILE TITLE: SECURITY OPERATIONS | CASE STATUS | |
| BY:SERGEANT TERESA ROBINSON<br>AT CMRCF<br>DATE: 06/18/2020 | WITNESSES<br>OFFICER FRANCESCA FOREMAN<br>OFFICER ROBERT MCCORKLE<br>OFFICER ZEDDIE RICE<br>OFFICER MARY WILLIAMS | RELATED FILES |

REPORT: CODE 52 CALLED FOR OFFENDER PHILIP ADELSHEIMER#210636 IN SRA CELL 5

ON THURSDAY June 18, 2020 AT 1650 HOURS , CODE 52 WAS CALLED THREE TIMES BY OFFICER ZEDDIE RICE . THIS WRITER RESPONDED TO THE CODE ALONG WITH OFFICER FRANCESCA FOREMAN, OFFICER MARY WILLIAMS, AND OFFICER ROBERT MCCORKLE. WHEN THIS WRITER APPROACHED THE SCENE , I SERGEANT TERESA ROBINSON CALLED WARDEN SMITH AT 1658 HOURS .

| : Teresa Robinson | Sergeant | DATE: June 18, 2020 |
|---|---|---|

CARROLL-MONTGOMERY REGIONAL CORRECTIONAL FACILITY

**INCIDENT REPORT** Page of Pages

| FILE TITLE: Security Operations | CASE STATUS: |
|---|---|

| BY: Officer Carmon Turner<br>AT CMRCF<br>DATE 6/18/20 | WITNESS(ES) | RELATED FILES:<br>( )<br>( )<br>( )<br>( )<br>( ) |
|---|---|---|

REPORT RE: Offender Suicide Phillip Adelsheimer

On June 18, 2020 at 1650 hours a code 52 was called by Officer Rice. I, Officer Carmon Turner, immediately called 911 to send an ambulance.

| SIGNATURE OF OFFICER | APPROVED NAME TITLE | DATE |
|---|---|---|
| Carmon S Turner | CO1 | 6/18/20 |

INSTIT-SEC-INCIDENT REPORT NO 30 Text 12 (inst irt)

**INCIDENT REPORT** Page of Pages

| FILE TITLE: SECURITY OPERATIONS | CASE STATUS: |
|---|---|

| BY ROBT MCCORKLE<br>AT CMRCF<br>DATE 6-18-2020 | WITNESS(ES) | RELATED FILES:<br>( )<br>( )<br>( )<br>( )<br>( ) |
|---|---|---|

REPORT RE:

ON JUNE 18, 2020 AT APPROXIMATELY 1640. I OFC ROBERT MCCORKLE WAS ON TOWER 1. I HEARD CODE 52 CALLED. I WENT TO STATELOCK DOWN CELL 5 AND TRIED TO GET THE CELL OPEN. OFFENDER PHILLIP ADELSHEIMER #210636 WAS IN CELL 5. THE DOOR WAS JAMED. OFC RICE AND MYSELF GOT IN AND GOT HIM DOWN AND DID NOT GET A RESPONSE AFTER DOING CPR FOR 20 MINETS. MEDSTAR ARIVED AND TOOK OVER THE SCENE.

| SIGNATURE OF OFFICER | APPROVED NAME TITLE | DATE |
|---|---|---|
| Robert McCorkle | | 6-18-2020 |

**INCIDENT REPORT** Page of Pages

| FILE TITLE: Security Operations | CASE STATUS: |
|---|---|

| BY Officer Mary Williams<br>AT CMRCF<br>DATE 6/18/2020 | WITNESS(ES) | RELATED FILES:<br>( )<br>( )<br>( )<br>( )<br>( ) |
|---|---|---|

REPORT RE Offender Phillip E. Adelsheimer #210636 attempted Suicide

On June 18, 2020 at approximately 1650 hours, I Officer Mary Williams responded to a Code 52 by Officer Zeddie Rice in State Lockdown for Offender Phillip E. Adelsheimer #210636 in cell #5. Officer Zeddie Rice advised Offender Phillip E. Adelsheimer #210636. Officer Robert McCorkle and Officer Zeddie Rice could not get in because Offender Phillip E. Adelsheimer #210636 had jammed the door and food flap. When Officer Zeddie Rice, Officer Robert McCorkle, Officer Francesca Foreman, Sergeant Teresa Robinson and, I Officer Mary Williams got into the cell, Officer Robert McCorkle held ~~Offender~~ Offender Phillip E. Adelsheimer #210636 while Officer Zeddie Rice untied the sheet from around his neck, I, Officer Mary Williams, Officer Robert McCorkle and Officer Zeddie Rice began CPR but did not get a response.

| SIGNATURE OF OFFICER | APPROVED NAME TITLE | DATE |
|---|---|---|
| Officer Mary Williams [signature] | | 6/18/2020 |

MSTIT-SEC-INCIDENT REPORT NO 30 Text 12 (inst it)

CARROLL MONTGOMERY REGIONAL CORRECTIONAL FACILITY

**INCIDENT REPORT**

Page of Pages

| FILE TITLE: Security Operations | CASE STATUS: |
|---|---|

| BY: Officer Carmon Turner<br>AT CMRCF<br>DATE 6/18/20 | WITNESS(ES) | RELATED FILES:<br>( )<br>( )<br>( )<br>( )<br>( ) |
|---|---|---|

REPORT RE: Suicide Offender Phillip Adelsheimer # 210636

On June 18, 2020 at 1600 hours, I Officer Carmon Turner conducted feeding at state Lockdown. The trays were placed in each food-port as I began to write when feeding begin on each offender's R.A. Log. While writing on Offender Phillip Adelsheimer's #210636 R.A. Log he was heard talking along with other offenders down state Lockdown Hall.

| SIGNATURE OF OFFICER | APPROVED NAME TITLE | DATE |
|---|---|---|
| Carmon L. Turner | COI | 6/18/20 |

INSTIT-SEC-INCIDENT REPORT NO 30 Text 12 (inst ...)

① Offender Ezra Parker, #199056, stated that they were all having a conversation with Offender Phillip Adelsheimer, #210636, during the last feeding around 1600 hours.

x Ezra Parker 199056

Offender Malik Steward, #207939 stated that they were all talking to Offender Phillip Adelsheimer, #210636, during the 1600 hour feeding.

x Malik Stewart #207939

MISSISSIPPI DEPARTMENT OF CORRECTIONS

# CRITICAL INCIDENT DEBRIEFING FORM

**This form must be completed and submitted by the facility's controlling authority after conclusion of any critical incident within a Mississippi Department of Corrections facility.**

**INCIDENT SUMMARY:** On June 18, 2020 offender Philip Adelsheimer MDOC # 210636 was found hanging in his cell at approximattely 1650. Officers attempted to gain entry into his cell but the door was tied shut from the inside. Offender Adelsheimer was heard talking by staff and inmates while the evening meal was passed out at 1607. After gaining entry officers performed CPR until EMS arrived. EMS assesed the inmate and advised staff to call the coroner.

**IMPACT OF STAFF AND OFFENDERS:** Staff and inmates stated they were currently "ok". A follow up will be done upon their return. Counseling will be available if needed.

**CORRECTIVE ACTION TAKEN AND STILL NEEDED:** No corrective action at the current time. Any changes needed will be addressed after a thorough investigation is conducted.

**PLANS FOR IMPROVEMENT TO AVOID ANOTHER INCIDENT:** Continue training in various areas such as suicide prevention & precaution, CPR, handling emergency procedures

**COMMENTS:**

Signature of Facility Controlling Authority: Brandon Smith Date: 6-19-20

17-05-03-F4
NEW: 11/01/07



Head phone wire found in container in Adelsheimer's cell.

Wire Found jammed inside lock 1
of Adelsheimer's cell door.



Wire found jammed inside lock - 2 of Adelsheimer's cell door.

