# Booking Report

**BELL, JAMES SCOTT (B20000125)**
CARROLL MONTGOMERY REGIONAL CORRECTIONAL FACILITY
33714 MS HWY 35
VAIDEN, MS 39176
PHONE # (662)464-5440
FAX # (662)464-0444

**Hold**
MDOC



## BELL, JAMES SCOTT (B20000125)

| Field | Value | Field | Value |
|---|---|---|---|
| Street Address | | City | LOUSIVILLE |
| Phone | | State | MS |
| Sex | M | Zip | 39939 |
| Height | 601 | | |
| Weight | 225 | | |
| Eye Color | BLK | Race | BLACK |
| Complexion | DARK | EO | NON-HISPANIC |
| DOB | | Hair Color | BLK |
| POB (Country) | UNITED STATES | POB (City, ST) | AL |
| Employer Address | N/A | Occupation | N/A |
| | | Employer Phone | |
| | | Gang Organization | N/A |
| | | Employer | N/A |
| Religion | OTHER | Marital Status | M |
| Emergency Contact | MARY HARRIS (MOTHER) | Education | 12G |
| Emergency Address | | Emergency Phone | |

## Inmate Information

| Field | Value |
|---|---|
| Inmate No. | 251283 |
| ID/SSN | |
| SID Number | R6628 |
| FBI Number | |
| Misc Id | |
| DL Number | |
| NCIC Number | |
| DL State | |
| DL Expiration | |

## Arrest And Booking Information

| Field | Value |
|---|---|
| Arresting Agency | MDOC |
| Arrested By | |
| OTN | |
| Sentenced Type | |
| Status (Location) | RELEASED |
| Block | STATE |
| Cell | B ZONE |
| Bed | 46 |
| Billing | STA |
| Bail Posted | |
| Parole/Probation | |
| Arrest Location | |
| Classification | MINIMUM |
| Mug Taken By | MCNELSON, ASHLEY |
| Warrant Check By | FOREMAN, FRANCESCA |
| Arrest Date | |
| Prints By | MCNELSON, ASHLEY |
| Searched By | SWIMS, ROBERT |
| Received By | MCNELSON, ASHLEY |
| Date Released | 10/30/2020 11:48 |
| Date In | 03/04/2020 13:05 |
| Released By | FOREMAN, FRANCESCA |
| Scheduled Release | |

**Release Reason and Information**
HOW RELEASED: [TRANSPORT OTHER AGENCY]
RELEASED TO: [STATE PRISON]
OFFENDER BELL WAS TRANSPORTED TO MSP BY OFC.STANSBURY AND MS.PURNELL

## Holds Information

| Hold 1 | Hold 2 | Hold 3 | Other Holds |
|---|---|---|---|
| MDOC | | | |

Holds Comments

Transfer Hold: N

Transfer Hold Comments

**EXHIBIT J**        Carroll County 000026

## Drill Down Detail Report
### BELL, JAMES SCOTT - 04/28/2022 08:54

| Event Type | Description | Date/Time | Performed By |
|---|---|---|---|
| New Prisoner | CENTRAL MISSISSIPPI COUNTY JAIL, LAUDERDALE CJ | 02/23/1998 15:41:07 | |
| Booking | # A | 09/11/1998 00:00:00 | |
| New Prisoner | CMCF, CMCF R&C, ZONE C | 03/04/1999 09:44:16 | |
| Administrative Move | MSP, UNIT 29, BLD E, ZONE B | 04/20/1999 11:20:14 | |
| IN Transit | NOT APPLICABLE TEMPORARY MOVEMENT-BED HELD, IN TRANSIT - TO MSP | 04/20/1999 15:39:34 | |
| Administrative Move | MSP, UNIT 29, BLD E, ZONE B | 10/19/1999 18:24:24 | |
| Administrative Move | MSP, UNIT 29, BLD I, ZONE A | 06/14/2000 16:49:12 | |
| Administrative Move | MSP, UNIT 29, BLD E, ZONE B | 06/16/2000 23:41:12 | |
| Administrative Move | MSP, UNIT 29, BLD C, ZONE B | 06/26/2000 09:53:16 | |
| Administrative Move | MSP, UNIT 29, BLD C, ZONE B | 09/22/2000 15:44:32 | |
| Reclassification | MSP, UNIT 30, BLD A, ZONE A | 10/09/2000 14:26:46 | |
| Administrative Move | MSP, UNIT 30, BLD A, ZONE A | 03/02/2001 14:48:51 | |
| Administrative Move | MSP, UNIT 30, BLD A, ZONE A | 03/27/2001 12:22:55 | |
| Intra Unit Swap | NOT APPLICABLE TEMPORARY MOVEMENT-BED HELD, INTRA UNIT SWAP | 05/04/2001 12:35:47 | |
| Administrative Move | MSP, UNIT 30, BLD A, ZONE A | 05/04/2001 15:05:38 | |
| Administrative Move | MSP, UNIT 30, BLD A, ZONE A | 08/21/2001 17:29:44 | |
| Administrative Move | MSP, UNIT 30, BLD B, ZONE B | 04/18/2003 21:55:55 | |
| Administrative Move | MSP, UNIT 30, BLD B, ZONE B, BED 0240 | 05/01/2003 23:59:59 | |
| Incident | FIGHTING WITH OTHER OFFENDERS | 12/15/2003 20:25:00 | SMITH, TRACIE |
| Incident | BY STRIKING AT ANOTHER OFFENDER WITH A SHARPENED INSTRUMENT | 12/15/2003 20:28:00 | SMITH, TRACIE |
| Administrative Move | MSP, UNIT 32 | 12/16/2003 00:00:00 | CONTROL, AREA IV |
| Incident | HAVING WHAT APPEARED TO BE MARIJUANA CONCEALED BETWEEN THE HEAD OF HIS BED AND THE WALL | 12/16/2003 00:30:00 | SMITH, TRACIE |
| Administrative Move | MSP, UNIT 32, BLD D, ZONE A4, BED 0204 | 12/19/2003 00:00:00 | CONTROL, AREA IV |
| Incident | FLOODING HIS CELL | 12/31/2003 20:50:00 | SMITH, TRACIE |
| ADM Seg - Pending Reclass | MSP, MAX SECUR UNIT | 02/06/2004 15:18:00 | BENSON, HILARY JEANETTA |
| Reclassification | MSP, MAX SECUR UNIT, ZONE C, BED 014B | 02/06/2004 15:30:00 | MILLER, ROSIE |
| ADM Seg-Threat Instit. Safety | MSP, MAX SECUR UNIT, ZONE C, BED 014B | 02/06/2004 15:30:00 | MILLER, ROSIE |
| Reclassification | MSP, MAX SECUR UNIT, ZONE C, BED 014B | 02/06/2004 15:30:00 | MILLER, ROSIE |
| ADM Seg-Threat Instit. Safety | MSP, MAX SECUR UNIT, ZONE C, BED 014B | 02/06/2004 15:30:00 | MILLER, ROSIE |
| ADM Seg-Threat Instit. Safety | MSP, MAX SECUR UNIT, ZONE D, BED 006B | 02/13/2004 00:00:00 | JONES, QUEEN E |
| ADM Seg-Threat Instit. Safety | MSP, MAX SECUR UNIT, ZONE B, BED 012B | 02/19/2004 00:00:00 | MILLER, ROSIE |
| ADM Seg-Threat Instit. Safety | MSP, MAX SECUR UNIT, ZONE A, BED 013B | 02/26/2004 00:00:00 | MILLER, ROSIE |
| ADM Seg-Threat Instit. Safety | MSP, MAX SECUR UNIT, ZONE A, BED 008B | 02/26/2004 00:00:00 | JONES, QUEEN E |
| ADM Seg-Threat | MSP, MAX SECUR UNIT, ZONE C, BED 013B | 03/04/2004 | JONES, QUEEN E |

Page 1 continued on Page 2

Carroll County 000027

## Drill Down Detail Report
## BELL, JAMES SCOTT  -  04/28/2022 08:54

| Event Type | Description | Date/Time | Performed By |
|---|---|---|---|
| Instit. Safety ADM Seg-Threat | MSP, MAX SECUR UNIT, ZONE D, BED 001B | 03/11/2004 00:00:00 | MILLER, ROSIE |
| Instit. Safety ADM Seg-Threat | MSP, MAX SECUR UNIT, ZONE A, BED 008B | 03/18/2004 00:00:00 | JONES, QUEEN E |
| Instit. Safety ADM Seg-Threat | MSP, MAX SECUR UNIT, ZONE B, BED 004B | 03/25/2004 00:00:00 | MILLER, ROSIE |
| Instit. Safety Administrative Move | MSP, MAX SECUR UNIT, ZONE B, BED 014B | 07/13/2004 00:00:00 | JOHNSON, MARY L |
| ADM Seg - Escape Risk | MSP, MAX SECUR UNIT, ZONE D, BED 014B | 07/16/2004 15:13:00 | JOHNSON, MARY L |
| No Movement Reason Found | MSP, MAX SECUR UNIT, ZONE B, BED 013B | 07/20/2004 13:11:00 | JOHNSON, MARY L |
| ADM Seg - Escape Risk | MSP, MAX SECUR UNIT, ZONE C, BED 007B | 07/28/2004 10:06:00 | JOHNSON, MARY L |
| ADM Seg - Escape Risk | MSP, MAX SECUR UNIT, ZONE A, BED 007B | 08/05/2004 14:37:00 | CONTROL, AREA IV |
| ADM Seg - Escape Risk | MSP, MAX SECUR UNIT, ZONE B, BED 007B | 08/11/2004 14:57:00 | JOHNSON, MARY L |
| Administrative Move | MSP, MAX SECUR UNIT, ZONE D, BED 008B | 08/18/2004 12:54:00 | MILLER, TARA C |
| Administrative Move | MSP, MAX SECUR UNIT, ZONE C, BED 008B | 08/27/2004 00:00:00 | PAGE, CATHERINE LAVERNE |
| ADM Seg - Escape Risk | MSP, MAX SECUR UNIT, ZONE A, BED 007B | 09/02/2004 00:00:00 | JOHNSON, MARY L |
| Administrative Move | MSP, MAX SECUR UNIT, ZONE B, BED 013B | 09/08/2004 12:55:00 | PAGE, CATHERINE LAVERNE |
| ADM Seg - Escape Risk | MSP, MAX SECUR UNIT, ZONE D, BED 006B | 09/16/2004 17:00:00 | JOHNSON, MARY L |
| Administrative Move | MSP, MAX SECUR UNIT, ZONE C, BED 010B | 09/23/2004 15:14:00 | JOHNSON, MARY L |
| ADM Seg - Escape Risk | MSP, MAX SECUR UNIT, ZONE A, BED 008B | 09/28/2004 00:00:00 | JOHNSON, MARY L |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A3, BED 0221 | 09/30/2004 14:22:00 | PAGE, CATHERINE LAVERNE |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A1, BED 0007 | 10/05/2004 16:20:00 | CONTROL, AREA IV |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A1, BED 0019 | 10/08/2004 00:00:00 | PAGE, CATHERINE LAVERNE |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0029 | 10/12/2004 00:00:00 | PAGE, CATHERINE LAVERNE |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0042 | 10/21/2004 00:00:00 | CONTROL, AREA IV |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0030 | 10/27/2004 00:00:00 | JOHNSON, MARY L |
| ADM Seg - Escape Risk | MSP, UNIT 32, BLD A, ZONE A2, BED 0042 | 11/03/2004 00:00:00 | JOHNSON, MARY L |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0039 | 11/11/2004 10:44:00 | MILLER, TARA C |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0042 | 11/11/2004 00:00:00 | MILLER, TARA C |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0037 | 11/17/2004 00:00:00 | MILLER, TARA C |
| ADM Seg - Escape Risk | MSP, UNIT 32, BLD A, ZONE A2, BED 0031 | 11/24/2004 00:00:00 | CONTROL, AREA IV |
| No Movement Reason Found | MSP, UNIT 32, BLD A, ZONE A2, BED 0032 | 11/24/2004 14:34:00 | CONTROL, AREA IV |
| ADM Seg - Escape Risk | MSP, UNIT 32, BLD A, ZONE A2, BED 0039 | 12/01/2004 14:34:00 | CONTROL, AREA IV |
| ADM Seg - Escape Risk | MSP, UNIT 32, BLD A, ZONE A2, BED 0032 | 12/13/2004 15:08:00 | CONTROL, AREA IV |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0040 | 12/15/2004 11:08:00 | CONTROL, AREA IV |
| Intra Unit Swap | MSP, UNIT 32, BLD A, ZONE A2, BED 0034 | 12/29/2004 00:00:00 | JOHNSON, MARY L |
| Intra Unit Swap | MSP, UNIT 32, BLD A, ZONE A2, BED 0039 | 01/26/2005 14:57:00 | JOHNSON, MARY L |

Page 2 continued on Page 3

Carroll County 000028

# Drill Down Detail Report
## BELL, JAMES SCOTT - 04/28/2022 08:54

| Event Type | Description | Date/Time | Performed By |
|---|---|---|---|
| Intra Unit Swap | MSP, UNIT 32, BLD A, ZONE A2, BED 0033 | 02/09/2005 14:26:00 | JOHNSON, MARY L |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0037 | 02/16/2005 18:00:00 | MILLER, TARA C |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0031 | 02/23/2005 18:50:00 | MILLER, TARA C |
| Intra Unit Swap | MSP, UNIT 32, BLD A, ZONE A2, BED 0030 | 03/02/2005 12:53:00 | JOHNSON, MARY L |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0027 | 03/16/2005 17:00:00 | MILLER, TARA C |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0046 | 03/23/2005 17:50:00 | MILLER, TARA C |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0033 | 03/30/2005 00:00:00 | PAGE, CATHERINE LAVERNE |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0035 | 04/07/2005 18:00:00 | JOHNSON, MARY L |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0040 | 04/13/2005 00:00:00 | PAGE, CATHERINE LAVERNE |
| Intra Unit Swap | MSP, UNIT 32, BLD A, ZONE A2, BED 0042 | 04/20/2005 16:03:00 | JOHNSON, MARY L |
| Intra Unit Swap | MSP, UNIT 32, BLD A, ZONE A2, BED 0049 | 04/27/2005 15:56:00 | CONTROL, AREA IV |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0027 | 05/04/2005 00:00:00 | PAGE, CATHERINE LAVERNE |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0030 | 05/10/2005 00:00:00 | PAGE, CATHERINE LAVERNE |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0031 | 05/16/2005 18:00:00 | MILLER, TARA C |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0033 | 05/23/2005 18:00:00 | MILLER, TARA C |
| Intra Unit Swap | MSP, UNIT 32, BLD A, ZONE A2, BED 0040 | 05/30/2005 15:20:00 | JOHNSON, MARY L |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0043 | 06/06/2005 18:45:00 | MILLER, TARA C |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0031 | 06/13/2005 20:00:00 | MILLER, TARA C |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0049 | 06/21/2005 00:00:00 | PAGE, CATHERINE LAVERNE |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0043 | 06/27/2005 20:20:00 | CONTROL, AREA IV |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0047 | 07/05/2005 00:00:00 | PAGE, CATHERINE LAVERNE |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0040 | 07/11/2005 17:00:00 | MILLER, TARA C |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0043 | 07/18/2005 17:15:00 | MILLER, TARA C |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0045 | 07/26/2005 21:00:00 | PAGE, CATHERINE LAVERNE |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0047 | 08/02/2005 20:00:00 | CONTROL, AREA IV |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0049 | 08/09/2005 16:00:00 | CONTROL, AREA IV |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0029 | 08/16/2005 18:00:00 | CONTROL, AREA IV |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0040 | 08/23/2005 00:00:00 | PAGE, CATHERINE LAVERNE |
| Intra Unit Swap | MSP, UNIT 32, BLD A, ZONE A2, BED 0043 | 08/30/2005 16:12:00 | CONTROL, AREA IV |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0047 | 09/06/2005 17:00:00 | MILLER, TARA C |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A4, BED 0249 | 09/13/2005 16:00:00 | MILLER, TARA C |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A4, BED 0229 | 09/20/2005 19:00:00 | MILLER, TARA C |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A4, BED 0236 | 09/27/2005 00:00:00 | PAGE, CATHERINE LAVERNE |
| Intra Unit Swap | MSP, UNIT 32, BLD A, ZONE A4, BED 0249 | 10/04/2005 | CONTROL, AREA IV |

Page 3 continued on Page 4

Carroll County 000029

## Drill Down Detail Report
### BELL, JAMES SCOTT - 04/28/2022 08:54

| Event Type | Description | Date/Time | Performed By |
|---|---|---|---|
| Intra Unit Swap | MSP, UNIT 32, BLD A, ZONE A4, BED 0241 | 10/11/2005 16:03:00 | JOHNSON, MARY L |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A4, BED 0249 | 10/18/2005 14:32:00 | MILLER, TARA C |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A4, BED 0229 | 10/25/2005 18:00:00 | JOHNSON, MARY L |
| Intra Unit Swap | MSP, UNIT 32, BLD A, ZONE A4, BED 0236 | 11/01/2005 17:59:00 | JOHNSON, MARY L |
| No Movement Reason Found | MSP, UNIT 32, BLD A, ZONE A4, BED 0246 | 11/08/2005 16:24:00 | MILLER, TARA C |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A4, BED 0246 | 11/09/2005 17:00:00 | JOHNSON, MARY L |
| Intra Unit Swap | MSP, UNIT 32, BLD A, ZONE A4, BED 0246 | 11/09/2005 12:42:00 | JOHNSON, MARY L |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A4, BED 0230 | 11/14/2005 12:42:00 | CONTROL, AREA IV |
| No Movement Reason Found | MSP, UNIT 32, BLD A, ZONE A2, BED 0030 | 11/15/2005 20:29:00 | JOHNSON, MARY L |
| No Movement Reason Found | MSP, UNIT 32, BLD A, ZONE A2, BED 0033 | 11/22/2005 09:23:00 | JOHNSON, MARY L |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A2, BED 0037 | 11/30/2005 12:50:00 | MILLER, TARA C |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A4, BED 0240 | 12/06/2005 21:30:00 | BENSON, HILARY JEANETTA |
| Intra Unit Swap | MSP, UNIT 32, BLD A, ZONE A4, BED 0242 | 12/13/2005 15:44:00 | JOHNSON, MARY L |
| Intra Unit Swap | MSP, UNIT 32, BLD A, ZONE A4, BED 0246 | 12/20/2005 16:07:00 | JOHNSON, MARY L |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A4, BED 0227 | 12/27/2005 15:50:00 | CONTROL, AREA IV |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A4, BED 0237 | 01/03/2006 16:30:00 | MILLER, TARA C |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A4, BED 0240 | 01/10/2006 18:44:00 | CONTROL, AREA IV |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A4, BED 0242 | 01/21/2006 16:22:00 | CONTROL, AREA IV |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A4, BED 0246 | 01/28/2006 16:01:00 | PAGE, CATHERINE LAVERNE |
| Administrative Move | MSP, UNIT 32, BLD A, ZONE A4, BED 0227 | 02/02/2006 00:00:00 | MILLER, TARA C |
| ADM Seg - Hold Over | MSP | 02/03/2006 16:30:00 | CONTROL, AREA IV |
| Administrative Move | STONE CCF | 02/03/2006 00:00:00 | JONES, CAROLYN J |
| IN Transit | CMCF, CMCF 720, BLD C, ZONE D, BED 0229 | 04/20/2007 07:08:00 | JACKSON, MICHELLE |
| Administrative Move | KEMPER CCF (MALE) | 04/23/2007 12:53:00 | JACKSON, MICHELLE |
| Incident | UNAUTHORIZED POSSESSION OF CONTRABAND, BEING FOUND IN POSESSION OF AN MP3 PLAYER. RULE #9. WRITTEN BY LT. M. COPELAND. | 06/24/2007 08:48:00 | SMOOT, SANDRA |
| Administrative Move | KEMPER CCF (MALE), KCCF ZONE C, BED 0026 | 07/06/2007 08:40:00 | CROCKETT, JOHNNY |
| Incident | REFUSING TO OBEY THE ORDER OF ANY STAFF MEMBER, REFUSING TO BE SEARCH FOR A SHAKEDOWN. RULE #19. WRITTEN BY LT. E. YOUNG. | 11/12/2007 16:50:00 | SMOOT, SANDRA |
| IN Transit | CMCF | 08/15/2011 00:30:00 | WREN, RESHENIA |
| IN Transit | CMCF, CMCF 720, BLD C, ZONE D, BED 0334 | 08/15/2011 12:01:00 | ROBINSON, TANEESHA |
| IN Transit | KEMPER CCF (MALE) | 08/22/2011 12:24:00 | JACKSON, MICHELLE |
| Administrative Move | KEMPER CCF (MALE), KCCF ZONE C, BED 0026 | 08/22/2011 09:55:00 | WREN, RESHENIA |
| Administrative Move | KEMPER CCF (MALE), KCCF ZONE C, BED 0022 | 06/08/2012 12:13:00 | WREN, RESHENIA |
|  |  | 06/08/2012 09:37:00 |  |

Page 4 continued on Page 5

Carroll County 000030

## Drill Down Detail Report
## BELL, JAMES SCOTT - 04/28/2022 08:54

| Event Type | Description | Date/Time | Performed By |
|---|---|---|---|
| No Movement Reason Found | CMCF | 08/05/2014 15:10:00 | SMOOT, SANDRA |
| IN Transit | CMCF, CMCF 720, BLD C, ZONE C, BED 0185T | 08/05/2014 15:37:00 | TAYLOR, ELIZABETH |
| IN Transit | KEMPER CCF (MALE) | 08/11/2014 09:24:00 | TAYLOR, ELIZABETH |
| Administrative Move | KEMPER CCF (MALE), KCCF ZONE C, BED 0014 | 08/11/2014 09:52:00 | SMOOT, SANDRA |
| IN Transit | CMCF | 03/13/2015 09:41:00 | CROCKETT, JOHNNY |
| IN Transit | CMCF, CMCF 720, BLD B, ZONE D, BED 0283T | 03/13/2015 11:34:00 | WELLS, ANGIELA T |
| Administrative Move | CMCF, CMCF 720, BLD B, ZONE D, BED 0306 | 03/13/2015 15:47:00 | MCGEE, DORIS J |
| IN Transit | MARION C.C.F. | 03/17/2015 09:01:00 | WELLS, ANGIELA T |
| Administrative Move | MARION C.C.F., MWCF ZONE A, BED 0003 | 03/17/2015 15:30:00 | PITTMAN, ALVIN |
| IN Transit | CMCF, CMCF 720, BLD B, ZONE D, BED 0293T | 07/02/2015 14:33:00 | TAYLOR, ELIZABETH |
| IN Transit | WINSTON CCF | 07/06/2015 09:18:00 | TAYLOR, ELIZABETH |
| Administrative Move | WINSTON CCF, WCRCF ZONE A, BED 0027 | 07/06/2015 14:00:00 | WATT, TERRENCE K |
| Administrative Move | WINSTON CCF, WCRCF ZONE A, BED 0012 | 08/21/2015 13:41:00 | WATT, TERRENCE K |
| Administrative Move | WINSTON CCF, WCRCF ZONE E, BED 0033 | 08/27/2015 11:00:00 | CARTER, THERESA |
| Administrative Move | CMCF, CMCF INTRANSIT | 09/22/2015 08:00:00 | JENKINS, PHYLLIS C |
| IN Transit | CMCF, CMCF 720, BLD B, ZONE D, BED 0247T | 09/22/2015 11:44:00 | TAYLOR, ELIZABETH |
| IN Transit | WINSTON CCF | 10/07/2015 08:05:00 | TAYLOR, ELIZABETH |
| Administrative Move | WINSTON CCF, WCRCF ZONE E, BED 0035 | 10/07/2015 10:00:00 | JENKINS, PHYLLIS C |
| Administrative Move | WINSTON CCF, WCRCF ZONE D, BED 0035 | 03/10/2016 21:00:00 | WATT, TERRENCE K |
| Administrative Move | WINSTON CCF, WCRCF ZONE D, BED 0034 | 06/14/2016 09:00:00 | JENKINS, PHYLLIS C |
| Administrative Move | WINSTON CCF, WCRCF ZONE E, BED 0034 | 07/07/2016 18:21:00 | WATT, TERRENCE K |
| IN Transit | CMCF, CMCF INTRANSIT | 09/12/2016 09:00:00 | JENKINS, PHYLLIS C |
| IN Transit | CMCF, CMCF 720, BLD A, ZONE A, BED F005 | 09/12/2016 18:10:00 | GADDIS, AERIA A |
| IN Transit | CMCF, CMCF 720, BLD A, ZONE A, BED 0059T | 09/15/2016 10:50:00 | GADDIS, AERIA A |
| IN Transit | WINSTON CCF | 09/19/2016 12:42:00 | GADDIS, AERIA A |
| Administrative Move | WINSTON CCF, WCRCF ZONE E, BED 0034 | 09/19/2016 19:23:00 | WATT, TERRENCE K |
| No Movement Reason Found | CMCF, CMCF INTRANSIT | 01/30/2017 08:00:00 | JENKINS, PHYLLIS C |
| No Movement Reason Found | CMCF, CMCF 720, BLD A, ZONE A, BED 0014B | 01/30/2017 17:15:00 | EDWARDS, JACQUELINE |
| IN Transit | WINSTON CCF | 02/10/2017 09:06:00 | GADDIS, AERIA A |
| Administrative Move | WINSTON CCF, WCRCF ZONE E, BED 0034 | 02/10/2017 09:45:00 | JENKINS, PHYLLIS C |
| Administrative Move | WINSTON CCF, WCRCF ZONE B, BED 0034 | 02/17/2017 16:00:00 | JENKINS, PHYLLIS C |
| Administrative Error | WINSTON CCF, WCRCF ZONE E, BED 0034 | 02/28/2017 12:00:00 | JENKINS, PHYLLIS C |
| Incident | After further investigation on 3/13/2017 at approximately 1031 hours, offender Bell James MDOC# R6628 was seen on camera receiving an item from offender Scribner before receiving an haircut. | 03/16/2017 10:31:00 | WATT, TERRENCE K |

Page 5 continued on Page 6

Carroll County 000031

## Drill Down Detail Report
### BELL, JAMES SCOTT - 04/28/2022 08:54

| Event Type | Description | Date/Time | Performed By |
|---|---|---|---|
| IN Transit | CMCF, CMCF INTRANSIT | 05/22/2017 09:00:00 | JENKINS, PHYLLIS C |
| IN Transit | CMCF, CMCF 720, BLD A, ZONE A, BED 0061T | 05/22/2017 14:38:00 | GADDIS, AERIA A |
| No Movement Reason Found | WINSTON CCF | 06/07/2017 08:13:00 | GADDIS, AERIA A |
| Administrative Move | WINSTON CCF, WCRCF ZONE E, BED 0021 | 06/07/2017 09:00:00 | JENKINS, PHYLLIS C |
| Administrative Move | WINSTON CCF, WCRCF ZONE E, BED 0035 | 06/09/2017 15:00:00 | JENKINS, PHYLLIS C |
| Incident | On 18 August 2017 at 1833 hours, Offender Bell James MDOC # R6628 was seen on camera placing a cellphone on the back T.V.in E-Zone. | 08/18/2017 18:33:00 | WATT, TERRENCE K |
| Incident | On 18 August 2017 at 1833 hours, Offender Bell James MDOC # R6628 was seen on camera placing a cellphone on the back TV on E-Zone. The cellphone and charger was recovered. The offender received a RVR for this infraction. | 08/18/2017 18:33:00 | WATT, TERRENCE K |
| Administrative Move | WINSTON CCF, WCRCF ZONE B, BED 0046 | 08/23/2017 16:00:00 | JENKINS, PHYLLIS C |
| Administrative Move | CMCF | 08/28/2017 09:00:00 | WATT, TERRENCE K |
| IN Transit | CMCF, CMCF 720, BLD A, ZONE A, BED 0041T | 08/28/2017 15:15:00 | GADDIS, AERIA A |
| No Movement Reason Found | WINSTON CCF | 09/01/2017 08:48:00 | GADDIS, AERIA A |
| Administrative Move | WINSTON CCF, WCRCF ZONE B, BED 0046 | 09/01/2017 09:30:00 | JENKINS, PHYLLIS C |
| IN Transit | CMCF, CMCF INTRANSIT | 10/31/2017 09:30:00 | JENKINS, PHYLLIS C |
| IN Transit | CMCF, CMCF 720, BLD A, ZONE A, BED F005 | 10/31/2017 14:31:00 | GADDIS, AERIA A |
| Administrative Move | CMCF, CMCF 720, BLD A, ZONE A, BED 0006B | 11/02/2017 15:05:00 | GADDIS, AERIA A |
| Administrative Move | CMCF, CMCF R&C, ZONE E, BED 098T | 11/07/2017 18:45:00 | GARNER, PATRICK EARL |
| Administrative Move | CMCF, CMCF R&C, ZONE E, BED 090T | 11/07/2017 18:59:00 | RICHARDSON, CHRISTINE |
| IN Transit | WILKINSON CCF | 12/04/2017 07:39:00 | GADDIS, AERIA A |
| Administrative Move | WILKINSON CCF, WCCF BUILDING F, POD Q, BED 109U | 12/04/2017 12:03:00 | DAY, VICTORIA |
| Administrative Move | WILKINSON CCF, WCCF BUILDING F, POD Q, BED 109L | 12/05/2017 10:15:00 | DAY, VICTORIA |
| IN Transit | SMCI | 10/01/2018 11:53:00 | DAY, VICTORIA |
| Administrative Move | SMCI, SMCI 2, BLD A2, ZONE A, BED 0098 | 10/01/2018 17:10:00 | COBB, LAKENYA |
| Administrative Move | SMCI, SMCI 1, BLD 09, ZONE A, BED 0049 | 10/18/2018 09:13:00 | TURNER, CARRIE K |
| IN Transit | CMCF | 12/06/2018 08:56:00 | TURNER, CARRIE K |
| Administrative Move | CMCF, CMCF 720, BLD A, ZONE B, BED 0011T | 12/06/2018 12:30:00 | HOOD, TONDIA |
| Administrative Move | MSP | 12/20/2018 13:52:00 | MILLER, STARLEANA |
| Administrative Move | MSP, UNIT 30, BLD B, ZONE B, BED 0160 | 12/20/2018 15:47:00 | WILSON, DORRANDIA |
| Administrative Move | CHICKASAW CCF | 12/27/2018 12:48:00 | MILLER, STARLEANA |
| Administrative Move | CHICKASAW CCF, CHICK CRCF POD 6, BED 0027 | 12/27/2018 14:08:00 | ARMSTRONG, MICHAEL |
| Administrative Move | CHICKASAW CCF, CHICK CRCF POD 6, BED 0028 | 01/30/2019 11:11:00 | DOTSON, ROGER |
| Administrative Move | CHICKASAW CCF, CHICK CRCF POD 2, BED 0038 | 01/02/2020 20:22:00 | FOWLER, DALTON C |
| Administrative Move | CHICKASAW CCF, CHICK CRCF POD 2, BED 0024 | 01/06/2020 07:30:00 | DAVIS, CARLOS |
| Administrative Move | MSP, MSP INTRANSIT | 03/03/2020 | DALLAS, GEORGE |

Page 6 continued on Page 7

Carroll County 000032

## Drill Down Detail Report
### BELL, JAMES SCOTT  -  04/28/2022 08:54

| Event Type | Description | Date/Time | Performed By |
|---|---|---|---|
| Administrative Move | MSP, UNIT 26, BLD A, ZONE B, BED 0084 | 03/03/2020 07:39:00 | WILSON, DORRANDIA |
| Administrative Move | CARROLL CCF | 03/03/2020 11:39:00 | BROWN, LINDA J |
| Administrative Move | CARROLL CCF, CARROLL CCF ZONE B, BED 0037 | 03/04/2020 11:37:00 | HOLMAN, MARTHA |
| Administrative Move | CARROLL CCF, CARROLL CCF ZONE B, BED 0046 | 03/04/2020 13:33:00 | MCCORKLE, RICHARD |
| Administrative Move | MSP | 03/04/2020 21:34:00 | CROSS, LORRANCE |
| Administrative Move | MSP, UNIT 29, BLD A, ZONE A, BED 0037 | 10/30/2020 11:02:00 | HUDSON, SHARON R |
| No Movement Reason Found | MSP, UNIT 26, BLD B, ZONE A, BED 0042 | 10/30/2020 11:58:00 | WILSON, DORRANDIA |
| No Movement Reason Found | MSP, UNIT 25, ZONE C, BED 0146 | 11/13/2020 17:47:00 | ALEXANDER, CRYSTAL |
| Administrative Move | MSP, UNIT 25, ZONE A, BED 0029 | 01/06/2021 13:44:00 | WILSON, DORRANDIA |
| Administrative Move | MSP, UNIT 25, ZONE A, BED 0031 | 01/08/2021 13:24:00 | WILSON, DORRANDIA |
| Administrative Move | MSP, UNIT 25, ZONE A, BED 0030 | 01/08/2021 13:24:00 | WILSON, DORRANDIA |
| Earned Released Supervision | NORTH CC, WINSTON CC | 04/02/2021 13:25:00 | WILSON, DORRANDIA |
| Earned Released Supervision | NORTH MISSISSIPPI EARNED RELEASE SUPERVISION, WINSTON ERS | 06/06/2021 11:08:00 | HORN, MICHELLE |
| | | 06/06/2021 11:09:00 | JONES, CAROLYN J |

Carroll County 000033

| Event Type | Description | Date/Time | Performed By |
|---|---|---|---|
| Booking | # A | 07/05/2017 16:13:00 | GASKEW, LAKEISHA |
| New Prisoner | CENTRAL MISSISSIPPI COUNTY JAIL, RANKIN CJ | 07/05/2017 16:14:00 | GASKEW, LAKEISHA |
| New Prisoner | CMCF, CMCF QB, BLD C, ZONE C, BED 0272 | 07/27/2017 11:24:00 | POWELL, SHERRY G |
| Administrative Move | CMCF, CMCF QB, BLD C, ZONE C, BED 0040 | 08/09/2017 14:45:00 | DENT, LAQUITA C |
| Administrative Move | CMCF, CMCF QB, BLD C, ZONE C, BED 0040 | 08/09/2017 14:46:00 | DENT, LAQUITA C |
| Administrative Move | CMCF, CMCF 1A, BLD F, ZONE B, BED 241T | 09/12/2017 16:03:00 | EASTERLING, LAMONICA |
| Administrative Move | MSP | 09/26/2017 14:32:00 | SMITH, SHELBY |
| Administrative Move | MSP, UNIT 30, BLD A, ZONE A, BED 0061 | 09/26/2017 19:51:00 | MCCLAIN, TRATONYA |
| Administrative Move | ALCORN CCF | 10/02/2017 12:48:00 | CAUSEY, ASHLEY N |
| Administrative Move | ALCORN CCF, ALCORN CCF POD 4D, BED 0035 | 10/02/2017 15:57:28 | ELLIOTT, MARCILLA T |
| Administrative Move | ALCORN CCF, ALCORN CCF POD 2B, BED 0027 | 10/04/2017 15:08:54 | ELLIOTT, MARCILLA T |
| ADM Seg - Pi | ALCORN CCF, ALCORN SEG 5, BED 0002 | 04/16/2018 19:45:00 | ELLIOTT, MARCILLA T |
| Administrative Move | MSP, MSP INTRANSIT | 05/04/2018 09:27:00 | BLACKWELL, TINA M |
| Administrative Move | MSP, UNIT 30, BLD B, ZONE A, BED 0053 | 05/04/2018 15:27:00 | WILSON, DORRANDIA |
| Administrative Move | MSP, UNIT 28, ZONE B, BED 0088 | 05/11/2018 23:32:00 | MCCLAIN, TRATONYA |
| IN Transit | MSP | 05/31/2018 11:28:00 | HUNTER, GWENDOL R. |
| Administrative Move | CARROLL CCF | 05/31/2018 14:59:00 | BROWN, LINDA J |
| Administrative Move | CARROLL CCF, CARROLL CCF ZONE C, BED 0041 | 05/31/2018 15:56:00 | HOLMAN, MARTHA |
| Administrative Move | CARROLL CCF, CARROLL CCF ZONE C, BED 0017 | 10/11/2018 00:00:00 | PERNELL, HENRY J |
| Administrative Move | CARROLL CCF, CARROLL CCFLOCKDOWN, BED 0004 | 12/28/2018 00:00:00 | RICKS, ALFONZO JR |
| Incident | ON DECEMBER 28, 2018, AT APPROXIMATELY 1845 HOURS, I, SERGEANT ALFONZO RICKS, DID PLACE OFFENDER PHILIP ADELSHEIMER, #210636, IN LOCKDOWN, CELL 04. OFFENDER ADELHEIMER STATED TO ME, SERGEANT RICKS, THAT SEVERAL OFFENDERS IN C ZONE WANTED TO "SMASH", OR AS | 12/28/2018 18:45:00 | RICKS, ALFONZO JR |
| Administrative Move | CARROLL CCF, CARROLL CCF ZONE A, BED 0001 | 01/04/2019 13:32:00 | HOLMAN, MARTHA |
| Incident | FIGHTING WITH OFFENDER ANTHONY ASHLOCK#212487 | 07/17/2019 09:36:00 | HAMER, PENNY |
| Incident | ON JULY 17, 2019, AT APPROXIMATELY 0936 HOURS, I OFFICER ROBERT MCCORKLE , OFFICER JOHN BYRD, AND OFFICER ZEDDIE RICE WAS MANNING THE SMALL RECREATIONAL YARD. AT APPROXIMATELY 0937 HOURS, I OFFICER MCCORKLE OBSERVED OFFENDER ANTHONY ASHLOCK #212487 AND PH | 07/17/2019 09:36:00 | HAMER, PENNY |
| Administrative Move | CARROLL CCF, CARROLL CCF ZONE A, BED 0037 | 08/04/2019 00:00:00 | PERNELL, HENRY J |
| Incident | OFFENDER TESTED POSITIVE FOR THC | 12/14/2019 19:15:00 | SMITH, HAROLD CEDRIC |
| No Movement Reason Found | CARROLL CCF, CARROLL CCF ZONE A, BED 0037 | 01/31/2020 00:00:00 | RICKS, ALFONZO JR |
| Administrative Move | CARROLL CCF, CARROLL CCF ZONE C, BED 0051 | 01/31/2020 06:19:00 | HOLMAN, MARTHA |
| No Movement Reason Found | CARROLL CCF, CARROLL CCF ZONE C, BED 0033 | 03/12/2020 00:00:00 | RICKS, ALFONZO JR |
| Administrative Move | CARROLL CCF, CARROLL CCFLOCKDOWN, BED 0005 | 03/14/2020 00:00:00 | MCCORKLE, RICHARD |
| Incident | ON JUNE 18, 2020, AT APPROXIMATELY 1650 HOURS, OFFICER | 06/18/2020 | SMITH, HAROLD |

Page 1 continued on Page 2

Carroll County 000034

## Drill Down Detail Report

### ADELSHEIMER, PHILIP E. - 04/28/2022 08:56

| Event Type | Description | Date/Time | Performed By |
|---|---|---|---|
| | ZEDDIE RICE WAS CONDUCTING A SECURITY CHECK AND INSPECTION IN SEGREGATION. AT APPROXIMATELY 1651 HOURS, OFFICER RICE CALLED OFFENDER PHILLIP ADELSHEIMER'S, #210636, NAME TO ASK HIM WHY DIDN'T HE EAT H | 16:50:00 | CEDRIC |
| Error Correct | CARROLL CCF | 06/18/2020 17:45:00 | JONES, CAROLYN J |
| Death/Suicide | CLOSED RECORD | 06/18/2020 22:23:00 | GROVES, ANGELA |
| Death/Suicide | CARROLL CCF | 06/18/2020 22:23:00 | GROVES, ANGELA |
| Administrative Move | CARROLL CCF, CARROLL CCFLOCKDOWN, BED 0005 | 06/18/2020 23:54:00 | MCCORKLE, RICHARD |
| No Movement Reason Found | CLOSED RECORD | 06/19/2020 11:33:00 | BROWN, LINDA J |
| Death/Suicide | CLOSED RECORD, CLOSED RECORD | 06/19/2020 11:37:00 | SMITH, HAROLD CEDRIC |
| Release | Death - Unknown Cause | 06/19/2020 11:42:00 | WASHINGTON, JO DENISE |

Page 2 of 2

Carroll County 000035