# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

## CIVIL MINUTES

**CASE NO.:** 4:22-cv-55-MPM-JMV          **PLACE HELD** – GREENVILLE, MS

Arlene Adelsheimer, *Individually and as Personal Representative on Behalf of the Wrongful Death Beneficiaries of Philip E. Adelsheimer, Deceased* v. Carroll County, Mississippi, *et al.*

**DATE & TIME BEGAN/ENDED:** September 18, 2024
10:00 a.m. – 12:00 p.m.

**Total Time – 2 hours**

**PRESENT:** Honorable Jane M. Virden, U.S. Magistrate Judge

| **Attorneys for Plaintiff** | **Attorneys for Defendant** |
|---|---|
| LaToya Jeter | Robin Dambrino |

**PROCEEDINGS:** Settlement Conference

**Docket Entry:** A settlement conference was held from 10:00-12:00. The case was settled subject to chancery court approval. The settlement was recorded.

**DAVID CREWS, CLERK**

**By:**   s/ Itonia R. Williams
Courtroom Deputy