IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

ARLENE ADELSHEIMER,     PLAINTIFF
*Individually and as Personal Representative*
*on Behalf of the Wrongful Death Beneficiaries*
*of Philip E. Adelsheimer, Deceased*

V.     CAUSE NUMBER: 4:22-CV-55 MPM-JMV

CARROLL COUNTY, MISSISSIPPI, ET AL.     DEFENDANTS

## ORDER DISMISSING ACTION
## BY REASON OF SETTLEMENT

The court has been advised by counsel that this action has been settled or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

It is ORDERED that the action is DISMISSED without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the 18th day of September 2024.

        /s/ MICHAEL P. MILLS
        UNITED STATES DISTRICT JUDGE
        NORTHERN DISTRICT OF MISSISSIPPI