IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ARLENE ADELSHEIMER, Individually and as
Personal Representative on Behalf of the
Wrongful Death Beneficiaries of
PHILIP E. ADELSHEIMER, Deceased                                              PLAINTIFF

VS.                                                    CIVIL ACTION NO. 4:22cv055-MPM-JMV

CARROLL COUNTY, MISSISSIPPI;
SHERIFF CLINT WALKER, Individually and
in his Official Capacity; WARDEN BRANDON
M. SMITH, Individually and in his Official
Capacity; and JOHN DOES 1-100                                                DEFENDANTS

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff, Arlene Adelsheimer, Individually and as Personal Representative on Behalf of the Wrongful Death Beneficiaries of Philip E. Adelsheimer, Defendants Carroll County, Mississippi, Sheriff Clint Walker, Individually and in his Official Capacity, and Warden Brandon M. Smith, Individually and in his Official Capacity and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and file this Joint Stipulation of Dismissal with Prejudice. It is stipulated and agreed between the parties that this Stipulation of Dismissal with Prejudice constitutes a dismissal of all claims brought or which may have been brought in this lawsuit by Ms. Adelsheimer against Caroll County, Mississippi, Sheriff Clint Walker and Warden Brandon M. Smith.

THIS the 20th day of December, 2024.

                                                                         Respectfully submitted,

                                                                         */s/ LaToya T. Jeter*
                                                                         LaToya T. Jeter, Esq. (MB#102213)
                                                                         BROWN BASS & JETER, PLLC
                                                                         Post Office Box 22969
                                                                         Jackson, Mississippi 39225
                                                                         Telephone: (601) 487-8448
                                                                         Email: jeter@bbjlawyers.com

                                                                       Attorney for Plaintiff

*/s/Robert J. Dambrino III*
Robert J. Dambrino III (MB#5783)
Gore, Kilpatrick & Dambrino PLLC
P.O. Box 901
Grenada, MS 38902
Telephone: 662-226-1891
rdambrino@gorekilpatrick.com

Attorney for Defendants